429 A.2d 759

Mason v. Mauro, Appellant.

Argued April 16, 1980. John J. Ross, for appellant; Harry R. Ruprecht, for appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.